People v Reid (2025 NY Slip Op 06554)

People v Reid

2025 NY Slip Op 06554

Decided on November 25, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: November 25, 2025

Before: Webber, J.P., Kennedy, González, Higgitt, Michael, JJ. 

Ind. No. 523/19, 2738/19, SCI No. 75427/22|Appeal No. 5232|Case No. 2023-00877|

[*1]The People of the State of New York, Respondent,
v
Maurice Reid, Appellant.

Twyla Carter, The Legal Aid Society, New York (Rihan Issa of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Caroline Williamson of counsel), for respondent.

An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Ellen N. Biben, J.), rendered January 24, 2023,
Said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive,
It is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: November 25, 2025
Counsel for appellant is referred to § 606.5, Rules of the Appellate Division, First Department.